IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSE K. JOHNSON,

    Plaintiff,

vs.                                                        No. 1:12-CV-00877 WDS/RHS

LAW OFFICES OF FARRELL & SELDIN;
CITICORP CREDIT SERVICES INC. (USA);
CITIBANK N.A.,

    Defendants.

## MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AGAINST FARRELL & SELDIN

COMES NOW Defendant, Law Offices of Farrell & Seldin, by and through counsel, Law Offices of Farrell & Seldin (James J. Grubel), and moves this Honorable Court to dismiss all of Plaintiff Jesse K. Johnson's causes of action against it in the above-styled cause with prejudice. Defendant files this Motion pursuant to Fed. R. Civ. P. Rule 12(b)(6). Plaintiff opposes this Motion. A memorandum in support is being filed contemporaneously herewith.

                                                  Respectfully Submitted,

                                                  LAW OFFICES OF FARRELL & SELDIN

                                                  By_____
                                                  JAMES J. GRUBEL
                                                  *Attorney for Farrell & Seldin*
                                                  Post Office Box 31066
                                                  Albuquerque, New Mexico 87190
                                                  Telephone: (505) 938-4343
                                                  Facsimile: (505) 938-4350

I hereby certify that on 22 of August 2012 I mailed a copy of this document to:

Jesse K. Johnson
*Plaintiff pro se*
9906 Loretta Dr NW
Albuquerque, NM 87114

I further certify that a copy of this document was served via the Court's electronic filing system to:

Justin B. Breen
*Attorney for Citibank*
P.O. Box AA
Albuquerque, New Mexico 87103

_____
JAMES J. GRUBEL