IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE K. JOHNSON,

    Plaintiff,

v.                                          No. CIV-12-0877 MV/LAM

LAW OFFICES OF FARRELL & SELDIN, et al.,

    Defendants.

## ORDER FOR PARTIES TO FILE A STATUS REPORT

**THIS MATTER** is before the Court *sua sponte* upon a review of the docket and upon the request of the presiding judge in this case.

**IT IS HEREBY ORDERED THAT** the parties jointly file a status report with the Court *on or before December 15, 2016,* advising of the status of the case.

**IT IS SO ORDERED.**

                                                      _____
                                                      **LOURDES A. MARTÍNEZ**
                                                      **UNITED STATES MAGISTRATE JUDGE**